# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 2:20-cr-56-DPM

DAVID JENKINS                                               DEFENDANT

## ORDER

The Court held a competency hearing on 16 June 2021. For the reasons stated on the record at that hearing, and based on the December 2020 report, the Court found that Jenkins was competent to proceed. *Doc. 28*; *Dusky v. United States*, 362 U.S. 402 (1960) (*per curiam*); *see also Godinez v. Moran*, 509 U.S. 389 (1993). Jenkins reserves the right, however, to file a Rule 12.2 notice and raise an insanity defense if his case goes to trial.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 June 2021